### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DEBRA E. SCOTT, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of the Social )<br>Security Administration, )<br>)<br>Defendant. ) | Case No. CIV-07-329-M |

### ORDER

On September 28, 2007, United States Magistrate Judge Doyle W. Argo issued a Report and Recommendation in this action pursuant to 42 U.S.C. § 405(g) for judicial review of the final decision of the Commissioner of Social Security Administration. The Magistrate Judge recommended that Commissioner's decision be affirmed. Plaintiff was advised of her right to object to the Report and Recommendation, and on October 11, 2007, plaintiff filed her objections.

In her objections, plaintiff challenges the Magistrate Judge's findings that: the Administrative Law Judge ("ALJ") adequately evaluated the medical evidence; plaintiff has the residual functional capacity to engage in substantial gainful activity; and no error was made in the credibility analysis. Having carefully reviewed this matter de novo, the Court finds that the ALJ appropriately considered the three aforementioned issues.

Accordingly, the Court:

(1)  ADOPTS the Report and Recommendation issued by the Magistrate Judge on September 28, 2007, and

(2)     AFFIRMS the decision of the Commissioner.

**IT IS SO ORDERED this 15th day of October, 2007.**

_/s/ Vicki Miles-LaGrange_
VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE